UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 14-55644 |
| PRUTHVISH PATEL, Debtor(s) | CHAPTER 7 |
| | JUDGE MULLINS |
| PRUTHVISH PATEL, Movant(s) | |
| v. | |
| BRANCH BANKING & TRUST COMPANY, Respondent(s). | |

## O R D E R

Before the Court is the Motion to Avoid a Lien of the above-named Debtor(s), as provided by U.S.C. §522(f) and Bankruptcy Rule 4003(d). The Respondent has failed to file a response; thus, the motion is deemed to be unopposed. See BLR 6008-2.

Inasmuch as the Respondent whose lien is sought to be avoided has failed to controvert timely the Debtor(s) allegations, it is hereby,

**ORDERED AND ADJUDGED** that the judicial lien or the non-possessory, non-purchase money lien held by the Respondent upon exempt property of the above-named Debtor(s) is **AVOIDED** to the extent that such lien impairs an exemption to which Debtor(s) would have been entitled pursuant to 11 U.S.C. Section 522(b).

The Clerk is directed to serve a copy of this order upon movant, respondent and their respective counsel.

IT IS SO ORDERED, this 23rd day of July, 2014.

_C. Ray Mullins_
C. RAY MULLINS
UNITED STATES BANKRUPTCY CHIEF JUDGE

AO 72A
(Rev.8/82)

**Pruthvish Patel**
1331 Eugenia Terrace
Lawrenceville, GA 30046

**Will B. Geer**
Law Office of Will B. Geer, LLC
Suite 225
333 Sandy Springs Circle, NE
Atlanta, GA 30328

**Jason L. Pettie**
Suite 150 - One Decatur Town Center
150 E. Ponce de Leon Avenue
Decatur, GA 30030

Branch Banking and Trust Company
c/o CT Corporation System
1201 Peachtree St., NE
Atlanta, Georgia 30361

Branch Banking & Trust Company
c/o Kelly S. King, CEO
200 West Second St.
Winstom-Salem, NC 27101-4019

AO 72A
(Rev.8/82)